IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:07CR195-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| YOMIL PRADO, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER IS BEFORE THE COURT on Attorney Rodrigo Martinez' Motion for Admission Pro Hac Vice. After having been duly considered by the Court, the same is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that Attorney Rodrigo Martinez is admitted to practice before this Court without assistance of local counsel for purposes of representing Defendant Yomil Prado in this proceeding. Mr. Martinez must pay the required fee to the Clerk of Court.

Signed: October 3, 2007

David C. Keesler
United States Magistrate Judge